IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | **CRIMINAL ACTION** |
| v. : | |
| : | **13-270** |
| CHRISTOPHER MAILLOUX : | |

### ORDER

**AND NOW**, this 22nd day of July 2015, upon consideration of the government's motion for reconsideration, doc. no. 46, the defendant's response thereto, doc. no. 47, and following a hearing on the motion, **IT IS HEREBY ORDERED** that:

1. The motion for reconsideration, doc. no. 46, is **GRANTED**.

2. The memorandum dated May 21, 2015, doc. no. 41, is **VACATED** and the clerk is directed to **REMOVE** the memorandum from the docket.

3. The order dated May 21, 2015, doc. no. 42, shall stand.

4. A memorandum explaining my reasons for granting, in part, defendant's motion to suppress follows this order.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.